UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY W STEWART,<br><br>   Petitioner,<br><br>   v.<br><br>J. MACOMBER,<br><br>   Respondent. | Case No. 1:19-cv-00731-AWI-JDP (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS FOR LACK OF JURISDICTION<br><br>ECF No. 8 |

Petitioner Gregory W Stewart, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. On July 3, 2019, the Magistrate Judge recommended that the Court dismiss the habeas petition for lack of jurisdiction and decline to issue a certificate of appealability. ECF No. 8. Petitioner has not objected, and the deadline to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on July 3, 2019, ECF No. 8, are adopted in full;

2. The petition for writ of habeas corpus is dismissed for lack of jurisdiction;

3. The Court declines to issue a certificate of appealability; and

4. The Clerk of Court is directed to enter judgment in favor of respondent and close the case.

IT IS SO ORDERED.

Dated:   January 23, 2020

_____
SENIOR DISTRICT JUDGE